Per Curiam.
We affirm appellant's convictions and sentences in this Anders[1] appeal, but remand for correction of the judgment to reflect that, in case number 16-CF-2598, count 4 is a first-degree felony. See § 893.135(1)(f)1.a., Fla. Stat. (2016). In case number 17-CF-501, counts 2 through 6 are third-degree felonies. See § 893.13(6)(a), Fla. Stat. (2017). See King v. State , 201 So.3d 206 (Fla. 1st DCA 2016) (affirming an Anders appeal but remanding for correction of scrivener's errors in the written judgment); Washington v. State , 37 So.3d 376 (Fla. 1st DCA 2010) (same).
AFFIRMED .
Ray, Bilbrey, and Winokur, JJ., concur.

Anders v. California , 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).